TO: Clerk's Office
    UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
_____

    APPLICATION FOR LEAVE
    TO FILE DOCUMENT UNDER SEAL


*******************************

US v. Serafino

$25 M) 323$

Docket Number

*******************************

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓
Name: Andrew Wenzel
Firm Name: USAO - EDNY
Address: 610 Federal Plaza, Central Islip, NY

Phone Number: 718-887-1294
E-Mail Address:

INDICATE UPON THE PUBLIC DOCKET SHEET: YES____ NO____
**If yes, state description of document to be entered on docket sheet:**

_____

_____

_____


**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

_____

_____


**B) If a <u>new</u> application,** the statute, regulation, or other legal basis that authorizes filing under seal

Defendant not yet in custody
_____


**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY <u>NOT</u> BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: 11/13/25 Central Islip_____, NEW YORK

/s/ Anne Y. Shields
_____

<u>U.S. MAGISTRATE JUDGE</u>
_____

RECEIVED IN CLERK'S OFFICE_____
                                          DATE

<u>MANDATORY CERTIFICATION OF SERVICE</u>:
**A.)** ____ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ____ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or **C.)** ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

November 13, 2025          *Andrew P. Wenzel*
_____          _____
DATE                              SIGNATURE