**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------X

UNITED STATES OF AMERICA,

    - against -

Marc Serafino
           Defendant.
-----------------------------------------------------X

[ ]   **WAIVER OF SPEEDY TRIAL**
[ ]   **ORDER OF EXCLUDABLE DELAY**

26cr54 (NGC)

It is hereby stipulated that the time period from **3/24/26** to **4/8/26**

be excluded in computing the time within which trial of the charges against the Defendant must commence.

The parties agree to the exclusion of the foregoing period for the purposes of:

[X]   engagement in continuing plea negotiations; and/or

[ ]   arrangement for an examination of the Defendant pursuant to 18 U.S.C. § 4241 regarding mental or physical capacity; and/or

[X]   review discovery

Accordingly, the parties request the Court to approve this exclusion from Speedy Trial computations.

-----------------------------------------------------

The Defendant has been fully advised by counsel of his/her rights guaranteed under the Sixth Amendment to the United States Constitution; the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161–74; the Plan and Rules of this Court adopted pursuant to that Act; and Rule 50(b) of the Federal Rules of Criminal Procedure. The Defendant understands that he/she has a right to be tried before a jury within a specified time period, not counting excludable periods.

_____
Defendant

_____
Attorney for Defendant

_____
Assistant United States Attorney

-----------------------------------------------------

The Court approves this Speedy Trial Waiver and finds that this action serves the ends of justice and outweighs the best interest of the public and the Defendant in a speedy trial.

**SO ORDERED**

Dated: **3/24/26**
Central Islip, NY 11722

/s/ Anne Y. Shields
_____
Anne Y. Shields
UNITED STATES MAGISTRATE JUDGE