

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PGS                                         *610 Federal Plaza*
F. #2025R00646                              *Central Islip, New York 11722*

June 22, 2026

<u>By Hand and ECF</u>

The Honorable Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> Re:   United States v. Marc Serafino
>        <u>Criminal Docket No.: 26-054 (NJC)</u>

Dear Judge Choudhury:

The government respectfully submits this letter in advance of the status conference in the above-referenced matter scheduled for June 23, 2026, to update the Court on developments in the case and advise of the parties' intention to request an adjournment and exclusion of time under the Speedy Trial Act.

On June 18, 2026, a 10-count superseding indictment was filed in the case adding three counts each of sexual exploitation of a minor, in violation of 18 U.S.C. § 2251(a) and coercion and enticement, in violation of 18 U.S.C. § 2422(b), to the previously charged distribution and possession of child pornography counts. The government will be providing defense counsel with discovery and the parties will begin plea negotiations. Accordingly, at tomorrow's conference, the parties will request an adjournment and exclusion of time under the Speedy Trial Act to a date in September 2026 that is agreeable to the Court and counsel. An

adjournment and exclusion of time is warranted and serves the interests of justice by allowing the time needed for defense counsel to review discovery and the parties to work towards a resolution of this matter short of trial.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    _____/s/_____

Paul G. Scotti
Assistant U.S. Attorney
(631) 715-7836

cc:    Nancy Bartling, Esq. (by Email and ECF)
       Clerk of Court (NJC) (by Email and ECF)